United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAFIATOU MANSARE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-793 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# PERMANENT INJUNCTION

On August 18, 2026, the Court issued an Order (Doc. 9) resolving Petitioner Safiatou Mansare's claims in this matter. In accordance with that Order, it is:

**ORDERED** that Respondents may not remove Petitioner Safiatou Mansare to a third country less than seven days after providing her with notice of the country to which she will be removed; and

**ORDERED** that Respondents shall comply with the notice and interview provisions of the March 2025 Guidance as to Petitioner Safiatou Mansare, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order.

Based on the record, the Court also finds that Respondents have complied with the requirements of this Permanent Injunction as to Petitioner Safiatou Mansare's removal to the country of Ghana.

To afford Petitioner Safiatou Mansare the opportunity to seek appellate review, it is further:

**ORDERED** that Respondents shall not remove Petitioner Safiatou Mansare to any country before August 21, 2026.

This is a final and appealable judgment.

The Clerk of Court is directed to close this matter.

Signed on August 18, 2026.

Fernando Rodriguez, Jr.
United States District Judge