United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAFIATOU MANSARE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-793 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Safiatou Mansare alleges that Respondents intend to remove her to a third country. The court previously entered a Permanent Injunction (Doc. 10), which entitles Petitioner to certain procedural safeguards prior to her removal to a third country. As to the country of Ghana, Respondents have complied with the required procedures.

Petitioner now files an emergency motion to reconsider, alleging that Respondents are obstructing her access to counsel. (Mot., Doc. 11) But Petitioner does not render clear the emergency basis for her motion, as the Permanent Injunction (Doc. 10) controls as to Respondents' removal of Petitioner to any third country, and Petitioner does not allege her removal as to any country other than Ghana is imminent. Absent evidence of imminent removal to a third country that would violate the terms of the Permanent Injunction, the Court does not see any basis for additional relief.

As a result, it is:

**ORDERED** that Petitioner Safiatou Mansare's Emergency Motion to Reconsider (Doc. 11) is **DENIED**.

Signed on August 21, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge